UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-7161-DDP (GJSx) | Date | August 17, 2016 |
|---|---|---|---|
| Title | Acmet, Inc. v. K and G Mens Company, et al. | | |

| Present: The Honorable | GAIL J. STANDISH, U.S. MAGISTRATE JUDGE |
|---|---|

| E. Carson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plainitff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:**   (IN CHAMBERS)  Order To Show Cause and extension of discovery motion filing date

On August 4, 2016, the Court held a Pre-Discovery Motion Telephone Conference to address discovery issues brought to the Court's attention by Plaintiff.  At the hearing, and confirmed in a minute order of the same date [Dkt 26], the Court directed counsel to schedule the noticed 30(b)(6) depositions at issue for a date certain.  Although the depositions could be set for a later date, counsel were instructed to set them by no later than August 10, 2016.  Plaintiff has now informed the Court that Defendants scheduled and then cancelled one deposition, and suspects that the next date offered by defense counsel is actually a date that counsel is unavailable.  The Court therefore orders Defendants to Show Cause why they should not be sanctioned for violation of the Court's order.  Defendants' response to this Order to Show Cause is due no later than August 22, 2016, and will be no more than five pages in length.  Defendants are also ordered to produce 30(b)(6) witnesses for each Defendant by August 31, 2016.

Plaintiff also requests that the date by which they may file a motion to compel on the separate issue of responses to document requests be extended.  The Court hereby extends the date to file to August 24, 2016.  Plaintiff should take note that this date is *not* tied to completion of any depositions.

Given the parties' seeming inability to cooperate, all future communications with the Court, except joint e-mails sent to schedule Pre-Discovery Telephone Conferences pursuant to the

|  | : |
|---|---|
| Initials of Preparer | efc |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-7161-DDP (GJSx) | Date | August 17, 2016 |
|---|---|---|---|
| Title | Acmet, Inc. v. K and G Mens Company, et al. | | |

Court's Standing Order, shall be filed in accordance with the Local Rules rather than by e-mail to the Court's chambers account.

**IT IS SO ORDERED.**

|  |  | : |  |
|---|---|---|---|
|  | Initials of Preparer | efc |  |